### Craig S. ADAMS, Appellant,

v.

### Michael GROOSE, Lucreta Bright, "John Doe I," "John Doe II," and "John Doe III," Respondents.

#### No. WD 49487.

Missouri Court of Appeals,
Western District.

Dec. 20, 1994.

Craig S. Adams, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Norbert J. Glassl, Andrea K. Spillars, Asst. Attys. Gen., Jefferson City, for respondents.

Before SPINDEN, P.J., and LOWENSTEIN and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Craig S. Adams, a penitentiary inmate, appeals the trial court's order dismissing his claim that prison officials intentionally deprived him of personal property. We affirm the court's judgment. Rule 84.16(b).